**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 98-1912

---

GLENN A. FROEMAN,

Plaintiff - Appellant,

versus

STATE OF MARYLAND; PARRIS N. GLENDENING,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-98-
68-L)

---

Submitted: August 13, 1998      Decided: September 1, 1998

---

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Glenn A. Froeman, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Baltimore, Maryland; Sheila Edwards Lundy, OFFICE
OF THE ATTORNEY GENERAL, Glen Burnie, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders dismissing his civil action and denying his motion for a new trial. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Froeman v. Maryland</u>, No. CA-98-68-L (D. Md. June 1 & 15, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>